FILED: February 5, 2018

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 18-1140

(2:17-cv-00050-JPJ-PMS)

_____

In re: MELINDA L. SCOTT

        Petitioner

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the Western District of Virginia at Big Stone Gap |
|---|---|
| Date Petition Filed: | 02/02/2018 |
| Petitioner(s) | Melinda L. Scott |
| Appellate Case Number | 18-1140 |
| Case Manager | Cathy Tyree Herb<br>804-916-2724 |