U.S. POSTAGE PAID BIG STONE GAP, VA 24219 JAN 26,18 AMOUNT $1.63 R2305K141307-07

23219

1000

Clerk-
US Court of Appeals, 4th Circuit
US Courthouse Annex, 5th flr.
1100 E. Main St.
Richmond, VA 23219

Melinda Scott
PO Box 1133
Richmond, VA 23218

