FILED: February 5, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1140
(2:17-cv-00050-JPJ-PMS)
_____

In re: MELINDA L. SCOTT

    Petitioner

_____

O R D E R
_____

The court defers consideration of the application to proceed in forma pauperis pending review of the appeal on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk